# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

       v.                              CASE NO.   22-20019-HLT-TJJ

                                        FILED UNDER SEAL

**RICHARD VELASQUEZ,**

       **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FELON IN POSSESSION OF A FIREARM**
**[18 U.S.C. §§ 922(g) and 924(a)(2)]**

On or about January 12, 2022, in the District of Kansas, the defendant,

**RICHARD VELASQUEZ,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in November 2015, in the District Court Wyandotte County, Kansas, for Aggravated Robbery number 14CR873; and in December 2015, in the District Court Wyandotte County, Kansas, for Aggravated Assault, case number

1

14CR5752: knowingly and unlawfully possessed in and affecting interstate and foreign commerce a firearm, to wit: a Taurus, 9mm caliber pistol, serial number TLU68401, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(l) and 924(a)(2).

**FORFEITURE NOTICE**

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

   A. A Taurus, , 9mm caliber pistol, serial number TLU68401; and
   B. Ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

May 4, 2022                               s/Foreperson                        x
DATE                                      FOREPERSON OF THE GRAND JURY

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Kim I. Flannigan*
KIM I. FLANNIGAN
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Kim.Flannigan@usdoj.gov
Ks. S. Ct. No. 13407

> IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## **PENALTIES**

**Count 1 [Felon in Possession of a Firearm]**

- Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.