# CLERK'S COURTROOM MINUTE SHEET

**UNITED STATES OF AMERICA,**

      Plaintiff,

      v.                                      Case No. 2:22-cr-20019-HLT

**RICHARD VELASQUEZ,**

      **Defendant.**

**Attorney for Plaintiff:**    Kim Flannigan
**Attorney for Defendant:**  David Magariel

| JUDGE: | District Judge Holly L. Teeter | DATE: | 10/25/2022 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Dani Murray |

## PROCEEDINGS

☒ **Change of Plea**    ☐ Waiver of Indictment    ☒ **Felony**    ☐ Misdemeanor

☐ Interpreter    ☐ Sworn    ☐ Previously Sworn

☒ **Constitutional Rights Explained**
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed
☐ Signed Consent to Transfer (Rule 20)

☒ **Waived Reading of:**    ☐ Read to Defendant:
      ☒ **Indictment**
      ☐ Information
      ☐ Number of Counts:

☒ **Petition to Enter Plea Filed**    ☒ **Plea Agreement Attached**

    ☒ **Previous Plea of**
      ☐ Guilty  ☒ **Not Guilty**

    ☒ **Plea of GUILTY as to Counts  1 of the indictment   Accepted**

☒ **Judgment Deferred**    ☒ **PSI Ordered**  ☒ **Sentencing set for: February 21, 2023 at 9:00 a.m.**
☐ Continued on Release  ☒ **Remanded to Custody**
☐ Counts to be dismissed on Motion of the US at sentencing:
☒ **OTHER:**  Sentencing memorandum or motions deadline is set for February 14, 2023. To the extent the proposed sentence is outside of the guideline range, the Court requires each side to file a memorandum explaining the basis for the departure or variance.