IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-20019-HLT |
| RICHARD VELASQUEZ, | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

COMES NOW the United States by and through Duston J. Slinkard, United States Attorney for the District of Kansas and Scott L. Anderson, Special Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting to the United States the personal property identified in the Plea Agreement. In support of its motion, the United States advises the Court:

1. On October 25, 2022, defendant Richard Velasquez entered his plea to Count One of the Indictment, charging violations of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Doc. 19).

2. As part of his plea agreement, the defendant agreed to forfeit the following personal property:

    **A.**    Taurus, 9mm pistol, SN: TLU68401; and

    **B.**    Ammunition.

3. In the plea agreement, the defendant specifically agreed to not only the forfeiture of the property, but has agreed to the immediate entry of this preliminary order of forfeiture.

4. Based upon the statements set forth in the Plea Agreement, the United States has established the requisite nexus between the property identified above and the offense to which

the defendant has pled guilty. Accordingly, the property listed in paragraph two is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

5. Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

DUSTON J. SLINKARD
United States Attorney

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
scott.anderson2@usdoj.gov
KS. S. Ct. # 26095

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney