# CLERK'S COURTROOM MINUTE SHEET

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**RICHARD VELASQUEZ,**

    **Defendant**

Case No. 2:22-cr-20019-HLT

**Attorney for Plaintiff:**    Kim Flannigan
**Attorney for Defendant:**    David Magariel

| JUDGE: | District Judge Holly L. Teeter | DATE: | 2/21/2023 |
|---|---|---|---|
| CLERK: | Misty Deaton | TAPE/REPORTER: | Kelli Stewart |
| INTERPRETER: | n/a | PROBATION: | Amanda Hudson |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663      $ _____ on count(s)
                                                                                                $ _____ on count(s)

☐ **Total Restitution:**      $ _____

☐ Defendant Fined      $ _____ on count(s)
                              $ _____ on count(s)

☐ **Total Fine:**      $ _____

☒ Defendant Assessed under 18:3013      $ 100.00 on count(s)
                                                       $ _____ on count(s)

☒ **Total Assessment:**      $ 100.00

☐ Count(s) _____ dismissed by the court on the motion of the United States.
☒ Government ☒ Defendant   - Advised of right to appeal
☐ Defendant to voluntarily surrender:
☒ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted    ☐ Denied
☒ Notes: Defendant and counsel appear in person. The Court confirms that Defendant received and reviewed with counsel the Presentence Investigation Report. Defendant has one objection. Defendant requests to withdraw the objection as set forth in the full record. The Court **GRANTS** the request. The objection is withdrawn.