IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-20019-HLT |
| ) | |
| RICHARD VELASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on November 17, 2022 and ending on December 16, 2022 as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2023.

KATE E. BRUBACHER
United States Attorney
District of Kansas

/s/ Scott L. Anderson
SCOTT L. ANDERSON, #26095
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
scott.anderson2@usdoj.gov

**CERTIFICATE OF SERVICE**

    This is to certify that on May 24, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

                                            /s/ Scott L. Anderson
                                            SCOTT L. ANDERSON, #26095
                                            Special Assistant United States Attorney