| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>22-20019-HLT |
|---|---|
| DEFENDANT<br>RICHARD VELASQUEZ | TYPE OF PROCESS<br>FORFEITURE ORDER & NOTICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ATF

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Kansas City, Missouri 64116

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Scott L. Anderson
Special Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202

| Number of process to be served with this Form 285 | 2 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Please send US Mail and US Mail, Certified, Return Receipt Requested

22-ATF-042916

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: 316-269-6481
DATE: 12/12/22

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1 of 2
District of Origin No. 31
District to Serve No. 31
Signature of Authorized USMS Deputy or Clerk: Tracy Williams
Date: 12.14.22

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 12-27-22
Time: [ ] am  [ ] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy: Tracy Williams

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

First Class Mail Sent        12/21/2022
Certified Mail Sent          12/21/2022
Delivery Receipt Date        12/27/2022
Returned to the USAO         01/17/2023

Form USM-285
Rev. 03/21