IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-20019-HLT |
| | ) |
| RICHARD VELASQUEZ, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |
| IN RE: | ) |
| Taurus, 9mm pistol, SN: TLU68401 | ) |
| _____ | ) |

**<u>UNITED STATES' MOTION TO RELEASE PROPERTY</u>**

COMES NOW the United States of America, by and through its counsel, Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott L. Anderson, Special Assistant United States Attorney, and respectfully moves this Court for an order releasing property and in support thereof represents to the Court the following:

1.  On November 2, 2022, the Court entered a Preliminary Order of Forfeiture which forfeited the defendant's interest in one firearm and accompanying ammunition. (Doc 21).

2.  On February 21, 2023, the defendant was sentenced and being part of his sentence, the forfeiture of the assets listed in the Preliminary Order of Forfeiture became final. (Doc. 25).

3.  This motion is regarding the Taurus, 9mm pistol, SN: TLU68401 (Item A) in which the defendant's interest was forfeited.

4.  Pursuant to Fed. R. Crim. P. 32.2, third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the

legal claims or interests they assert.

5.      The United States published notification of the Court's Preliminary Order of Forfeiture on an official government internet website, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 17, 2022 and ending on December 16, 2022, as required by Rule G(4)(a)(iv)(c) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.   (Doc. 27).

6.      On December 21, 2022, the United States Marshal Service (USMS) sent a Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail addressed to A. W. Benton, a potential owner of the Taurus, 9mm pistol, SN: TLU68401.   According to the certified receipts, it was delivered.   (Doc. 29).

7.      On April 4, 2023, the USMS sent a Notice of Forfeiture by both certified mail, return receipt requested, and first-class mail addressed to A. Benton, another potential owner of the Taurus, 9mm pistol, SN: TU68401.   According to the certified receipt, it was delivered. (Doc. 30).

8.      On April 24, 2023, the United States received confirmation from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) that A. Benton was the owner of the Taurus, 9mm pistol, SN: TLU68401 identified in paragraph 3; that he is not prohibited from owning the firearm; and that A. Benton requested the return of the firearm to him.

9.      No other person or entity has asserted any interest in the firearm identified in paragraph 3.

10.      The United States does not contest the interest of A. Benton to the Taurus, 9mm pistol, SN: TLU68401 and, therefore, moves the Court for an order directing ATF to release the firearm to A. Benton.

11.     As the release of the firearm would extinguish the need for any further forfeiture proceedings related to the Taurus, 9mm pistol, SN: TLU68401, the ancillary forfeiture proceedings for this firearm can be closed.

WHEREFORE, the United States respectfully moves this Court for an order directing ATF to release the Taurus, 9mm pistol, SN: TLU68401 to A. Benton.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
KS. S. Ct. # 26095

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 16, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for the defendant.

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney