IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:22-cr-20019-HLT |
| RICHARD VELASQUEZ, | |
| Defendant. | |

## ORDER TO RELEASE PROPERTY

The United States of America moves for an order releasing a firearm. Doc. 31. After reviewing the record and motion, the Court finds that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") learned that A. Benton is the owner of the firearm. The ATF notified the United States that A. Benton is the owner, and the United States does not contest his ownership interest. A. Benton is not a prohibited person regarding the firearm. And no other person has filed a claim or petition concerning the firearm.

THE COURT THEREFORE ORDERS that the United States' Motion to Release Property (Doc. 31) is GRANTED. A. Benton has an interest superior to the United States in the Taurus, 9mm pistol, SN: TLU68401. The ATF shall release the firearm to A. Benton as soon as practicable.

THE COURT FURTHER ORDERS that the Court shall retain jurisdiction in the case for the purpose of enforcing this order.

IT IS SO ORDERED.

Dated: June 16, 2023        /s/ *Holly L. Teeter*
                                                HOLLY L. TEETER
                                                UNITED STATES DISTRICT JUDGE